No. 99–6745. RANGEL-RODRIGUEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–6746. SUM v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–6747. RUDD v. BUREAU OF PRISONS ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–6749. LONG v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–6751. MORGAN v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 99–6752. BETANCOUR-ECHEVERRY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–6754. CAMPBELL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–6755. CARL v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–6756. PEREZ-AYON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–6759. MAYDAK, AKA DAVID, AKA MAIDAK, AKA FIGG v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 99–6760. JONES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–6761. MATHIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–6765. WILHOITE v. MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 99–6769. WILLIS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–6770. JOHNSON v. CATOE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.